AZB:clj
AO 91 (Rev. 11/11) Criminal Complaint

2019R00426

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

RECEIVED
SEP 25 2019
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

v.

SEQUANA CIGOLO, and
JASON LYNNDROTTI WINSTON

Case No. 19-mj-619 DTS

## CRIMINAL COMPLAINT

I, Joseph Myers, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about July 11, 2019, in Hennepin County, in the State and District of Minnesota, defendants SEQUANA CIGOLO and JASON LYNNDROTTI WINSTON, aiding and abetting and being aided and abetted by one another, in connection with the acquisition of a firearm from a licensed dealer, knowingly made a false or fictitious oral or written statement intended or likely to deceive such dealer with respect to a fact material to the lawfulness of the sale or other disposition of such firearm under the provisions of 18 U.S.C. Chapter 44, all in violation of 18 U.S.C. § 922(a)(6).

On or about July 11, 2019, in Hennepin County, in the State and District of Minnesota, defendant JASON LYNNROTTI WINSTON, aided and abetted the possession of a firearm in and affecting interstate commerce, by an individual who, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and intentionally took possession of such firearm, all in violation of 18 U.S.C. §§ 2 and 922(g).

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

Joseph Myers, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept. 25, 2019

_____
*Judge's Signature*

City and State: Minneapolis, MN

David T. Schultz
United States Magistrate Judge
*Printed Name and Title*

SCANNED
SEP 25 2019
U.S. DISTRICT COURT MPLS

1