19-mj-619 DTS

STATE OF MINNESOTA   )
                     ) ss.   AFFIDAVIT OF JOSEPH MYERS
COUNTY OF HENNEPIN   )

RECEIVED
SEP 25 2019
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Joseph Myers, being duly sworn, states the following:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). I have been so employed since approximately October 2018. As part of my duties as an ATF Special Agent, I investigate criminal violations relating to federal firearms offenses, including offenses relating to the illegal sale, transfer, and possession of firearms. Prior to my employment with ATF I was an Indiana State Police ("ISP") Trooper, and was so employed from January 2007 to October 2018. As an ISP Sergeant in the Cyber Crime Unit, I investigated criminal violations of Indiana Code. I have been a Certified Forensic Computer Examiner ("CFCE") through the International Association of Computer Investigative Specialists ("IACIS") since 2016. I have participated in the application for, and execution of, multiple state and federal search warrants, including warrants for electronic social media evidence.

2. On September 18, 2019, in Chicago, Illinois, Individual A was walking to lunch in the downtown area when Individual B rode up to her on a bicycle and, using a 9mm semi-automatic pistol, shot individual A in the back, leaving her paralyzed. Chicago Police Department (CPD) Officers and Detectives responded, collected evidence, and subsequently identified Individual B.

3. On September 21, 2019, CPD Officers located Individual B in the Englewood neighborhood in Chicago and attempted to place him into custody. Individual

7

SCANNED
SEP 25 2019
U.S. DISTRICT COURT MPLS

an outstanding Cook County arrest warrant for the charge of burglary. During Officers' lawful attempt to place Individual B into custody, Individual B used a 9mm semi-automatic pistol to shoot Individual C, a sworn CPD Officer—three times, and then fled the area. Several hours later, CPD Officers located Individual B in a residential area nearby. While again attempting to place Individual B into custody, Individual B used a semi-automatic pistol to fire several shots at the Officers. The Officers exchanged gunfire with Individual B, wounding him and subsequently taking him into custody.

4. CPD Officers and ATF Agents processed the two crimes scenes associated with the two above described police shootings, recovering forensic evidence and a SCCY 9mm CPX-2 semi-automatic pistol, bearing serial number 125996. Preliminary forensic examination of the ballistic evidence revealed that the shooting of Individuals A and C involved the SCCY 9mm pistol, serial number 125996.

5. On September 23, 2019, Agents of the ATF conducted a trace of the SCCY 9mm pistol, serial number 125996. A records search revealed that this firearm was originally purchased by Sequana CIGOLO on July 11, 2019, from Bill's Gun Shop, a Federally Licensed Firearms dealer (FFL) in Robbinsdale, Minnesota. Agents subsequently contacted the Minneapolis Police Department for assistance and learned that CIGOLO's brother, Individual D, was the victim of shooting at CIGOLO's home on July 28, 2019. Agents learned that it is alleged that CIGOLO's ex-boyfriend (Individual E) shot CIGOLO's brother with a 9mm semi-automatic pistol on July 28, 2019, then fled to Chicago. Minneapolis Police Officers further advised that while Individual E was subsequently placed into custody, no firearm was recovered.

6.      Agents subsequently requested a forensic comparison of the ballistic evidence collected from the Chicago shooting crime scenes as well as shooting which occurred at CIGOLO's residence—the preliminary results indicated that all three shootings involved the same SCCY CPX-2, 9mm semi-automatic pistol, serial number 125996.

7.      On September 24, 2019, at approximately 6:30 pm, Agents and a Minneapolis Police Sergeant met with CIGOLO at her residence in Robbinsdale, Minnesotta. Unbeknownst to CIGOLO, Agents audio recorded this interview. While she initially lied to Agents, CIGOLO later agreed to tell Agents the truth about her gun purchase. CIGOLO stated that prior to July 11, 2019, she had been approached by her ex-boyfriend's cousin Jason WINSTON. CIGOLO stated that WINSTON asked her to illegally purchase a firearm for him from Bill's Gun shop because he told her he was a convicted felon and could not legally purchase a firearm himself. CIGOLO stated that WINSTON initially gave her approximately $250.00 to complete this purchase, but because she hesitated to buy gun immediately, she gave the money back and subsequently used her own money to purchase the gun. CIGOLO further admitted that on July 11, 2019, she went to Bill's Gun Shop, lied on the ATF Form 4473 (saying that she was the actual purchaser when she in fact was not) and purchased the gun. CIGOLO explained that after she left the gun shop she gave the SCCY CPX-2 9mm pistol, serial number 125996, to WINSTON who gave her approximately $250.00 in United States Currency (USC). CIGOLO stated that she remembered this transfer taking place on either July 11, 2019 or a few days thereafter. Agents showed CIGOLO copies of the ATF Form 4473 she executed on July 11, 2019 when she bought the SCCY 9mm. CIGOLO stated that she remembered

9

filling out this form as well as the questions she answered on this form. CIGOLO stated that she recognized this form as well as her own writing on this form and her signature. CIGOLO admitted that she had lied on this form and to the gun store representative when she stated that she was the actual purchaser of this firearm.

8. On Tuesday, September 24, 2019, ATF Special Agents and a Minneapolis Police Sergeant conducted an interview of Jason WINSTON inside of his residence located in Minneapolis, MN. It should be noted that this interview was audio recorded.

9. Investigators advised WINSTON that he could refuse to speak with investigators at any point, WINSTON agreed to answer investigator's questions. It should be noted that upon entry into the apartment, there was a strong odor of burnt marijuana, with a glass pipe visible in plain sight on a TV tray, along with a baggie of burnt marijuana ashes on the floor. Investigators also observed a shooting target, with multiple bullet holes, taped to the wall behind the front door. Investigators also observed a shotgun cleaning kit inside of a basket on the floor next to the couch.

10. Investigators asked WINSTON if they could take a look around the apartment to verify that there were no firearms in the residence. WINSTON stated that there was nothing in the apartment. While inside the apartment, investigators observed a safe/lock box in plain view in WINSTON's bedroom closet. Investigators asked what was in the safe, WINSTON did not respond. Investigators asked WINSTON where the safe key was, WINSTON then opened the above-mentioned safe, which was unlocked, and Investigators observed a pistol box inside of the safe. Investigators then took photographs of the pistol box and using gloves, removed the pistol box from the safe and opened it.

10

Inside of the pistol box was a black ski type mask, the original pistol safety lock for a SCCY CPX-2 9mm (Serial #125996), and a magazine loaded with 9mm rounds of ammunition.

11. Although WINSTON initially lied to investigators during the interview, he eventually admitted that CIGOLO had purchased the SCCY CPX-2 9mm pistol for him, and that he had provided the pistol to Individual E prior to July 28, when Individual D was shot in CIGOLO's home. WINSTON further admitted that Individual E is his cousin, and that he knew that Individual E had previously shot his (Individual E's) brother, and as a result had been convicted of a felony, and had served more than one year in prison.

12. Your Affiant has reviewed the criminal history of Individual E, and confirmed that in 2015 Individual E was convicted of Second Degree Assault with a Dangerous Weapon in Hennepin County, Minnesota, and was sentenced to a term of 36 months' imprisonment.

Further your Affiant sayeth not.

_____
Joseph Myers, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

SUBSCRIBED and SWORN to before me
this 25th day of September, 2019

_____
David T. Schultz, United States Magistrate Judge

11